1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7   PHIL ANDERSON; TED<br>CLAUSING; PETE LOPUSHINSKY;<br>and STEVE WETZEL,<br>8<br>9                          Plaintiffs,<br>10        v.<br>11   TED STRONG, Chief Judge of the<br>Yakama Nation Tribal Court, and<br>12   RICK WATLAMET, also known as<br>Shay-ya-boon-il-pilpsh,<br>13<br>                          Defendants. | NO:  1:14-CV-3061-RMP<br><br>ORDER OF DISMISSAL WITHOUT<br>PREJUDICE |

14

15      **BEFORE** the Court is Plaintiffs' Notice of Voluntary Dismissal Pursuant to

16   Fed. R. Civ. Pr. 41(a)(1)(A)(i),  ECF No. 43.  Having reviewed the Notice and the

17   file and pleadings therein, the Court finds good cause to approve dismissal.

18   / / /

19   / / /

20

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1.  Plaintiffs' Notice of Voluntary Dismissal, **ECF No. 43**, is **APPROVED**. Plaintiffs' Complaint is dismissed **without** prejudice and without costs to any party.

2.  All pending motions, if any, are **DENIED AS MOOT**.

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 16th day of June 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2